UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK
CASE NO.   09-44831
IN RE:
CHRISTOPHER CIOFFI
GLADYS CIOFFI

NOTICE OF FUNDS ON HAND IN CASE CONVERTED
FROM CHAPTER 13 TO CHAPTER 7

Marie-Ann Greenberg, Chapter 13 Standing Trustee is currently holding $9,032.72 on account of debtor(s) Chapter 13 Plan Payments.  The Trustee proposes to disburse these funds on hand in this converted case as is described below.  If any creditor or other party in interest has an objection to the disbursement, the objection and request for a hearing on such objection shall be in writing, served upon the Chapter 13 Standing Trustee and filed with the Clerk of the United States Bankruptcy Court.

Such an objection and request shall be filed with the Clerk and served upon the Chapter 13 Standing Trustee, Chapter 7 Trustee, Debtor and Debtor's counsel by no later than 02/08/2011.

In the event an objection is timely filed a hearing thereon will be held before the Honorable ROSEMARY GAMBARDELLA on 2/16/2011 at 10:00 am at the United States Bankruptcy Court in Newark, NJ, Courtroom Third Floor E.

If no objection is filed with the Clerk and served upon the Chapter 13 Standing Trustee on or before fourteen (14) days from the date of this notice, the disbursement will be consummated as proposed on the Chapter 13 Standing Trustee's next scheduled disbursement cycle.

The proposed disbursement shall be as follows:

[X]   Pursuant Fed. R. Bankr. P. 2016(b) or a fee order, debtor(s) counsel is due $3,500.00.  As a result, $3,500.00 shall be paid to counsel and $5,532.72 shall be returned to debtor(s), less Trustee Commission if applicable.

Request for additional information about the nature of the disbursement, or any objections to same, should be directed to:   Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 TWO BRIDGES ROAD, SUITE 330, FAIRFIELD, NJ  07004-1550.  973-227-2840.

Dated:     January 25, 2011